# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0388.  J. D. SOLOMON, JR. v. THE STATE.

Following a jury trial, J. D. Solomon, Jr., was convicted of burglary.  This Court affirmed his conviction but remanded the case for resentencing because the trial court referred to "first degree" burglary but the law at the time of the offense encompassed no such crime.  See *Solomon v. State*, 342 Ga. App. 836 (805 SE2d 293) (2017).  Solomon subsequently filed a motion to modify sentence.  The trial court denied the motion on February 11, 2019, and Solomon filed this application for discretionary review on March 14, 2019.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Solomon filed his application 31 days after the trial court's order was entered.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/09/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*